## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

### COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

JAN - 6

CLERK U.S. DISTRICT COURT
RICHMOND, VA

Action Number 3:21cv004
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

### I.   PARTIES

A.   Plaintiff:

1.   (a) _Kareem Akeem Olatuwon, Sr._   (b) _3/261_
     (Name) _Richmond City Justice Center_   (Inmate number)

     (c) _1701 Fairfield Way_
         (Address)

     _Richmond, Virginia. 23223_

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B.   Defendant(s):

1.   (a) _Dr. Ofagh, et, al._   (b) _Owner / medi×o PC_
     (Name) _Richmond City Justice Center_ (Title/Job Description)

     (c) _1701 Fairfield Way_
         (Address)

     _Richmond, Virginia. 23223_

RECEIVED
JAN - 4 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

2.   (a) *Dr. Stuart Broth*   (b) *Dentist / mediko PC*
        (Name) *Richmond city Justice center*   (Title/Job Description)

     (c) *1701 Fairfield way*
        (Address)

     *Richmond, Virginia. 23223*

3.   (a) *Dixie Delutis*   (b) *Health service Adm. / mediko PC*
        (Name) *Richmond City Justice center*   (Title/Job Description)

     (c) *1701 Fairfield way*                    *(Note:)*
        (Address)                          *"Please see additional Defenders*
     *Richmond, Virginia. 23223*            *next page".*

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II.   PREVIOUS LAWSUITS

A.   Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?   Yes [ ]   No [X]

B.   If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

   1.   Parties to previous lawsuit:

   Plaintiff(s)_____ *N/*

   Defendant(s)_____
                              */A*

   2.   Court (if federal court, name the district; if state court, name the county):

   _____ *N/*

   3.   Date lawsuit filed:_____
                              */A*
   4.   Docket number:_____

1. D.; Defendant (s)

( Attachment : )

4. (a) Kyla Brown, RN            (b) Mediko pe Director of Nursing
   (Name)
   (c) Richmond City Justice Center        ( Title / Job Description)
   (Address)
   1701 Fairfield Way

   Richmond, Virginia. 23223

5. (a) J. Womack            (b) LT., /Mediko Nc Liaison
   (Name)
   (c) Richmond City Justice Center        (Title / Job Description)
   (Address)
   1701 Fairfield Way

   Richmond, Virginia. 23223

6. (a) Antionette Irving        (b) Sheriff/ Head OF Jail
   (Name)
   (c) Richmond City Justice Center        (Title / Job Description)
   (Address)
   1701 Fairfield Way

   Richmond, Virginia. 23223

7. (a) B. Hunt            (b) Major /Supervisor of Jail operati.
   (Name)
   (c) Richmond City Justice Center        (Title /Job Description)
   (Address)
   1701 Fairfield Way

   Richmond, Virginia. 23223

8. (a) Harold W. Clarke        (b) Virginia Department of Corr.
   (Name)                         Director
   (c) Department OF Corrections        (Title/Job Description)
   (Address)
   P.O. Box 26963

   Richmond, Virginia. 23261

( Attactment )

9. (a) Mark Herring          (b) Attorney General
(c)   202 N. 9th St          Title / Job Description
      Richmond, Virginia. 23229
      (Name)

10. (a) Levar Stoney          (b) Mayor of Richmond, Virginia.
(c) 900 E. Broad St, Suite 201          Title / Job Description
    (Address)
    Richmond, Virginia. 23219
    (Name)

5.  Name of Judge to whom case was assigned: _N/A_

6.  Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?) :

_N/A_

## III.   GRIEVANCE PROCEDURE

A.  At what institution did the events concerning your current complaint take place:

_Richmond City Justice Center_

B.  Does the institution listed in "A" have a grievance procedure? Yes [ X ]  No [   ]

C.  If your answer to "B" is Yes:

1.  Did you file a grievance based on this complaint? Yes [X ]  No [   ]

2.  If so, where and when: _Richmond City Justice Center._
    _(Note) "Please see attached exhibits"/ - 17_

3.  What was the result? _Negative_

4.  Did you appeal? Yes [X ]  No [   ]

5.  Result of appeal: _the level 2 response on my grievance_
    _was delayed. "Please see exhibit no.7 ", or denied._

D.  If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [X ]  No [   ]

If your answer is Yes, what steps did you take? _Capt. Malone, Deputy Bailly,_

_Deputy Lefterkich, Nurse Davis and whomever the_
_floor Deputy Were._

E.  If your answer is No, explain why you did not submit your complaint to the prison authorities:

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed
by their action.  Also include the dates, places of events, and constitutional amendments you allege
were violated.

If you intend to allege several related claims, number and set forth each claim in a separate
paragraph.  Attach additional sheets if necessary.

"Please (See Affix)" Statement of Claim

On each of the Defendant(s):


Statement on Dr. Ofagh, Defendant; Mediko AC:

IV.

_Continue Statement of the Claim_

_Breach of Contract_ :

Defendant Dr. Ofagh, is responsible for Completely supervising and directing the work under his Contract with the Department of Corrections and Richmond City Justice Center Sheriff, and all subcontractor that he may utilize using his best skill and attention.

The rendering of Medical services to inmate's remains under the Control of Defendant Dr. Ofagh, Mediko Pc to assure the delivery of both routine and emergency health Care services to all inmate's at all times here at the Richmond City Justice Center.

Defendant Dr. Ofagh, violate Plaintiff Eighth Amendment's prohibition of Cruel and unusual Punishment, incorporated through the Fourteenth Amendment, as imposing a duty on state's to provide medical Care to incarcerated individuals. Plaintiff Medical Condition are serious and Defendant Dr. Ofagh, ~~were~~ were deliberately indifferent to the Plaintiff Medical need. He fail to keep his Obligation to provide Adequately medical Care under his Contract.

Defendant Dr. Ofagh, is in violation of plaintiff Eighth Amendment, Cruel and unusual Punishment.

## IV.    STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed
by their action.  Also include the dates, places of events, and constitutional amendments you allege
were violated.

If you intend to allege several related claims, number and set forth each claim in a separate
paragraph.  Attach additional sheets if necessary.

" Please (See Affix)" Statement Of the Claim

On each Of the Defendant(s):

Statement on Dr. Stuart Broth (Defendant) Medito PC:

IV. Statement of Claim

Comes this day Kareem Akeem OlaJuwon, Sr., herein after as "Plaintiff", bring's about this 42 U.S.C. 1983 Civil Action law suit against Mediko PC, et, al.,

Plaintiff, also bring suit against Antionette Irving, Richmond Sheriff et, al:, Harold W. Clarke, (Director For Department Of Corrections: Mark Herring , (Attorney General): Levar Stoney , (Mayor).

Each Defendant is being sued within their own individual Capacity.

On January 22nd, 2019 Plaintiff, was called to the Office of Dr. Stuart Broth ,(herein after as Defender); Defender Broth, is a dentist at Richmond City Justice Center. This Visit to Defender Broth, Office Came as a result of the Plaintiff Complaining about Pain, suffering and bleeding of the gum on the bottom right.

Upon this Visit Defender Broth, looked at the right side of Plaintiff mouth and did a x ray, at which point he determined that tooth number thirty-one (31) was the cause of the blood around the gum.

Tooth number 31; was extracted on the above date.

On July 2nd, 2019 Plaintiff, Complained again that his mouth hasn't healed and Continuely to experience Pain's from his blood gum.

(Continue) →

(Continue).

After Complaining for help for so long and receiving inadequately medical caring Plaintiff, reached out to Brent Soloman, 12 News anchor for outside support.

Mr. Soloman, made Contact with Ms. Antionette Irving, Sheriff for Richmond City Justice Center.

On January 2nd, 2020 Defender Broth, Called the Plaintiff, to his Office and did a full xray of the Plaintiff, mouth and sent it to a outside Specialist.

On January 7th, 2020 Plaintiff, was transferred to Dr. Monrow, a dentist specialist who took xray's and performed a biopsy.

On or about January 16th, 2020 results came back and Plaintiff was Called to Defender Broth, Office in which he had Defender Delutis, in the Office as well to informed the Plaintiff, that he have "Cancer" of the Mouth.

Defender Broth, subjectively knew and disregarded the Substantial risk of harm in which the delay of sending the Plaintiff to a outside specialist caused the bleeding to develope into Cancer, a more danger level that Could've been prevented providing Defender Broth, wasint deliberate indifference to Plaintiff serious medical need.

Defender Broth, failure to safe guard Plaintiff

(Continue) ⟶

health by denying proper medical procedure Violate the Eighth and Fourteen Amendment.

Defender Broth, is in Violation of (1.) Negligence or gross Negligence: (2.) Intentional Infliction of emotional distress: (3.) Pain and suffering :(4.) Medical Malpractice: (5.) Breach of Contract: (6.) Cruel and unusual Punishment, in Violation of Section 9, Article 1, Of the Constitution of Virginia's and a Violation of Plaintiff Constitutional Rights Under the Eight And Fourteen Amendment of the United States Constitution.
The Plaintiff, Continuely suffered from unnecessary and Wanton infliction of pain's.
Plaintiff, Was left disfigure and in pain's.

This end the statement OF Claim On Defender Broth.

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

"Please (See Affix)" Statement of Claim On each of the Defendant(s):

Statement on Dixie Delutis (Defendant) Mediko PC Health Service Adm.

IV.         Continue Statement of the Claim


Dixie Delutis, Defendant


Breach of Contract; Defendant, breached the applicable
standard of care in misdiagnosing the condition of the seriousness
of bleeding inside plaintiff mouth.
Her supervision of inadequately Medical Caring resulted in
negligence or gross negligence; intentional infliction of emotional
distress, Medical malpractice; Cruel and unusual Punishment
in Violation of section 9, Article 1 of the Constitution of
Virginia; and a Violation of Plaintiff Constitutional rights
Under the Eighth Amendment of the United States Con-
stitution. Plaintiff, was subjective to Cruel and unusual
Punishment, Pain and suffering in violation of Plaintiff
Constitutional rights under the Faurthteen Amendment
of the United States Constitution.
Defendant, is Health service Administration head nurse for
Mediko Pc; and is directly responsible for completely supervising
and directing the Work load under her contract of nursing
for Mediko Pc; Department of Corrections and the Richmond
City Justice Center Sheriff.

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

" Please (See Affix)" Statement of Claim

On each of the Defendant(S):

Statement on Kyla Brown, RN - Defendant & Medito

PC Director of Nursing:

IV.                    Continue Statement of the Claim


                        Kyla Brown, Defendant


Breach of Contract; Defendant, breached the applicable
standard of Care in misdiagnosing the Condition of the Seriousness
of bleeding inside Plaintiff mouth.
Her supervision of inadequately Medical Caring resulted in
Negligence or, gross negligence; intentional infliction of
emotional distress, Medical Malpractice; Cruel and unusual
Punishment in violation of Section 9; Article 1 of the
Constitution of Virginia; and a Violation of Plaintiff
Constitutional rights under the Eight Amendment of the
United States Constitution. Plaintiff, was subjective
to Cruel and unusual punishment, pain and suffering in
Violation of Plaintiff Constitutional rights under the
Fourthteen Amendment of the United States Constitution.
Defendant, is Director of Nursing for Mediko PC; and is
directly responsible for completely supervising and directing
the work load under her contract of nursing for Mediko
PC; Department of Corrections and the Richmond City Justice
Center Sheriff.
On 10-2-19 and 11-1-19 respective Defendant, personally
told the plaintiff that there was nothing eles medical
Can do for him.

## IV.    STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

_"Please (See Affix)" Statement of Claim_

_On each of the Defendant(s):_

_Statement on J. Womack, Lt; Defendant and Mediko PC Liaison._

IV.

### Continue Statement of the Claim

### Breach of Contract :

Defendant J. Womack , Is lieutenant and Liaison deputy for Mediko pc., His Primary responsibility is security and to investigate medical allegation and attempt to bring about some type of resolution on behalf of Medical and the inmate.

Defendant Womack, is in violation of failing to safeguard or to get the Plaintiff adequately medical caring by taking reasonable measures to guarantee the safety of the Plaintiff health, in which at all times he was fully aware of the seriousness of Plaintiff bleeding.

Plaintiff, asked Defendant Womack, On 10-02-19 and on 11-01-19 respective along with Defendant Brown, about getting a second opinion. Defendant Womack, Stated that he will talk to his supervisor.

Defendant Womack, action towards Plaintiff serious medical need is,[1] deliberately indifference, [2] reckless indifference, [3] negligence, [4] gross negligence, [5] whilfull and Wanton negligence, that shows an utter disregard of prudence amounting to complete neglect of the safely of Plaintiff serious Medical need.

Defendant Womack, deliberate indifference to a substantial risk of serious harm to an inmate is Cruel and unusual and violate the Eighth Amendment

Of the United States Constitution, Defendant Womack
also violate the Fourteen Amendment Under the Due
Process Clause.

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

"Please (see Affix)" Statement of Claim

On each of the Defendant(s):

Statement on Antionette Irving, Sheriff/Defendant

Continue Statement of the Claim


Breach of Contract


Antionette Irving, Sheriff/Defendant:


Defendant Irving, is Sheriff and head of
Richmond City Justice Center. Her primary funtion
is to Staff and supervise employee's to Operate the
facility, including employee's of Medito PC.
Defendant Irving, is totally responsible for
the care and well being's of each inmate.
She is Obiligated and responsible by Contract to
assure that each inmate receive proper housing and
adequately medical treatment by the employee's she
hired to provide such service.
Defendant Irving, is in violation of the
Eighth Amendment are being deliberate Indifferent
to a serious medical need.
Defendant Irving, is in violation of the Eighth And
Fourteen Amendment, by Continuely to allow the
Plaintiff, to suffered Cruel and unusual punishment.
Plaintiff, grievance #068375263 Exhibit (7) reached
the level 1, stage in which is the last stage on a
institution level. This stage is where the Sheriff answered
the final Complaint.
Defendant Irving, was at all time's aware of such

( Continue ) ⟹

Complaint's and delayed answering the grievance in which Prolong More extensive Pain and Suffering.

This end the statement OF fack on Defendant Irving.

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

" _Please (See Affir)_ " Statement of Claim

On each of the Defendant(s):

Statement on R. Hunt, Major / Defendant

## IV.

# Continue Statement of the Claim

## Breach of Contract

### R. Hunt, Major/ Defendant

On July 2nd, and Sept. 4th, 2019 Plaintiff, Came in Contact with Defendant Hunt, in the hall way and explained to him that he is experiencing and receiving inadequately Medical treatment by the dentist and employee's of mediko. Plaintiff, explained that the bleeding in his mouth was getting worst and very painful.

Defendant, stated that he would look into it.

Defendant, negligence shows an utter disregard of prudence amounting to complete neglect of the safety of Plaintiff health and serious medical need.

Defendant Hunt, action was deliberate indifference to a substantial risk of serious harm to an inmate Violate the Eighth Admendment to the United States Constitution. Defendant Hunt, is in violation of the Eighth and Fourteen Amendment. (1) Breach of Contract; (2) Negligence or gross Negligence; (3) Intentional Inflection of emotional distress: (4) Pain and Suffering: (5) Cruel and Unusual Punishment in Violation of Section 9, Article 1, of the Constitution of Virginia.

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

" Please ( See Affix )" Statement of Claim

On each of the Defendant (S):

Harold W. Clarke, (Director for Department of Corrections).

Plaintiff, suffered Cruel and unusual Punishment. The Defendant's of Mediko Pc Breach their Contract by failing to provide adequately medical Caring.

Plaintiff, Eighth And Fourteen Amendment Of the United States Constitution, have been Violated.

Plaintiff, complaint from January 22nd, 2019 through April 1st, 2020 about his bloody gum, Pain and Suffering to the Defendant's.

IV.

## STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

"Please (see Affix)" Statement of claim on each of the Defendant(s):

Mark Herring, (Attorney General)

## STATEMENT OF THE CLAIM

State here the facts of Your case. Describe how each defendant is involved and how You were harmed by their action. Also include the dates, places of events, and Constitutional amendments You allege Were Violated.

If You intend to allege several related claims, number and set forth each claim in a separate Paragraph. Attach additional Sheets If necessary.

" Please (see Affix)" Statement of Claim on each of the Defendant(s):

Levar Stoney, (mayor)

## V.   RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time.  I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. *KA∅* (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

✓ Award money damages in the amount of $ *400,000,000,00s* .

✓ Grant injunctive relief by *Preventing the Defendant(s) from committing any arbitary or Conspicuous behavior or retaliation.*

✓ Other *Plaintiff seek $ 200,000,000,00. for compensatory damages and $ 200,000,000,00 for punitive damages for pain and suffering.*

## VI.   PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months.  If you were transferred during this period, list the date(s) of transfer.  Provide an address for each institution.

*Richmond City Justice Center*

*1701 Fairfield Way*

*Richmond, Virginia. 23223*

## VII.   CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE:  The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge: Yes [ ✓ ]  No [    ].**  You may consent at any time; however, an early consent is encouraged.

## VIII.   SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this *26th* day of *December* , 20 *20* .

Plaintiff *Kareem Akeem Alajuwaan, Sr.*